## In Re William L. MORRELL, Petitioner.

### No. 06–6948.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2006.

Decided: Oct. 27, 2006.

William L. Morrell, Petitioner Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William L. Morrell petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court denied Morrell's 28 U.S.C. § 2255 motion on September 13, 2006. Accordingly, while we grant Morrell's request to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*